IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02520-BNB

GEORGIA DYAS,

    Plaintiff,

v.

WARDEN WALLACE NOBLE,
WARDEN JOAN SHOEMAKER,
GILES SPALDING, Captain,
BOBBY HARLEM, Lieutenant,
JOE ORTIZ, Executive Director,
SUSAN RISER, Lt., Canteen Coordinator, Case Manager, and
LT. BRUCE BRADLEY, General III Canteen,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2006

GREGORY C. LANGHAM
CLERK

## ORDER

On December 13, 2005, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Because Plaintiff was incarcerated at that time, she was ordered to pay the entire $250.00 filing fee in this action in installments. On February 9, 2006, Plaintiff paid an initial partial filing fee of $29.00. On February 28, 2006, she filed a motion asking to pay less. The court will construe the motion as a motion to reduce the amount of the required monthly filing fee payments. It appears that Plaintiff has been released from her incarceration.

Plaintiff's motion to reduce her monthly filing fee payments will be denied because the amount of such payments is dictated by the formula set forth in

§ 1915(b)(2). However, because it appears that Plaintiff no longer is incarcerated, her continuing obligation to pay the filing fee must be determined, like any nonprisoner, solely on the basis of whether she qualifies for *in forma pauperis* status. **See Whitney v. New Mexico**, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also* **McGore v. Wrigglesworth**, 114 F.3d 601, 612-13 (6th Cir. 1997); **In re Prison Litigation Reform Act**, 105 F.3d 1131, 1138-39 (6th Cir. 1997); **McGann v. Commissioner, Soc. Sec. Admin.**, 96 F.3d 28, 29-30 (2$^{d}$ Cir. 1996). Therefore, Plaintiff will be ordered either to pay the $221.00 balance due on the filing fee or to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that Plaintiff's motion to reduce the monthly filing fee payments filed on February 28, 2006, is denied. It is

FURTHER ORDERED that Plaintiff shall have **thirty (30) days from the date of this order** either to pay the balance of the filing fee or to file an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without further notice.

DATED March 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02520-BNB

Georgia Dyas
Prisoner No. 63581
5127 East Thrill Place
Denver, CO 80207

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 3/3/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk